```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JUSTIN L. HALDEMAN            :      CIVIL ACTION
                              :
          v.                  :
                              :
LANCASTER COUNTY PRISON,      :
et al.                        :      NO. 12-6513
```

                              ORDER

AND NOW, this 9th day of January, 2015, upon consideration of Defendants Lancaster Count Prison and Sergeant Robert Wolfe's Motion for Summary Judgment (Docket No. 29), and the oral arguments made by the plaintiff during an on-the-record telephone conference held on December 19, 2013, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED.  Judgment shall be entered for the defendants.  This case is closed.


                              BY THE COURT:


                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.